CHARLES L. ROBERTS (5137; *croberts@wasatch-ip.com*)
**WASATCH-IP, A PROFESSIONAL CORPORATION**
2825 E. Cottonwood Parkway, Suite 500
Salt Lake City, Utah  84121
Telephone:  (801) 292-5300
Facsimile: (801) 506-6699

*Attorney for Plaintiff*
*Park City Transportation, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PARK CITY TRANSPORTATION, INC., | Civil Action No. 2:15-cv-00024-PMW |
| Plaintiff, | |
| v. | **MEMORANDUM DECISION AND ORDER GRANTING UNOPPOSED MOTION TO DISMISS** |
| PARK CITY LIMOUSINES, L.C. and UTAH TRANSPORTATION GROUP, L.C. | |
| Defendants. | Judge Paul M. Warner |

Having considered the unopposed motion of plaintiff Park City Transportation, Inc. to dismiss this action,

IT IS HEREBY ORDERED

That all claims and causes of action brought in this action by plaintiff Park City Transportation, Inc. are hereby dismissed with prejudice.

That all counterclaims and causes of action brought in this action by defendants Park City Limousines, L.C. and Utah transportation Group, L.C. are hereby dismissed without prejudice.

Pursuant to Federal Rule of Civil Procedure 54(d)(2), any claim by defendants for

attorney fees shall be made by motion no later than fourteen (14) days after entry of this Order.

DATED this 6th day of January, 2017.

PAUL M. WARNER
United States Magistrate Judge